AO 91 (Rev. 10/95) Criminal Complaint
Case 2:06-mj-00199-KJM   Document 1   Filed 07/18/06   Page 1 of 3

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

---oOo---

UNITED STATES OF AMERICA
v.
JOSE EDUARDO ROJO-RIVERA

2:06-MJ-0199 KJM

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 24, 2006, in Sacramento County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ unlawfully move and travel in interstate or foreign commerce and flee the County of Sacramento, California, Eastern District of California, with the intent to avoid prosecution, custody, and confinement for murder, California Penal Code 187(A),

in violation of Title 18, United States Code, Section(s) 1073. I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

▸ See Attachment A

X  Continued on the attached sheet and made a part hereof.

Signature of Complainant  MATTHEW JONES, Special Agent
FBI

Sworn to before me, and subscribed in my presence
7/18/06
Date

at  Sacramento, California
City and State

KIMBERLY J. MUELLER
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**FILED**

JUL 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## AFFIDAVIT

I, Matthew Jones, state that I am a sworn Special Agent of the Federal Bureau of Investigation (FBI) and have been since April, 2005.

1. I am presently assigned to the Sacramento Office of the FBI. My current investigative responsibilities include a variety of crimes including Fugitives.

2. On July 6, 2005, Detective James Vigon Sacramento Police Department (SPD), Homicide Division, requested the assistance of the FBI in locating and apprehending JOSE EDUARDO ROJO-RIVERA in a remote area of Mexico. The Sacramento County District Attorney's Office will extradite ROJO-RIVERA from anywhere in the United States and Mexico.

3. A Complaint filed in the Sacramento Superior and Municipal Court, State of California, County of Sacramento and a warrant (#06F06050) issued on July 3, 2006 alleges that on June 24 of 2006, ROJO-RIVERA, who has no official records and appears to be in the United States without legal paperwork, committed murder.

4. Specifically, on June 24, 2006, ROJO-RIVERA committed the crime of murder, a felony violation of California Penal Code 187(A), against GERARDO JIMINEZ by shooting him in the head with a small caliber handgun in Sacramento County. MJ

5. Immediately after the act, ROJO-RIVERA reportedly fled to Mexico with the help of family members and has not been heard from. ROJO-RIVERA is believed to be located somewhere in rural Mexico.

6. According to information obtained by SPD, JOSE EDUARDO ROJO-RIVERA's friend, MARIO ALBERT ROJO AGUILAR (COLULA), said that JOSE EDUARDO ROJO-RIVERA told him, "I killed someone. You need to get me out of Sacramento." JOSE EDUARDO ROJO-RIVERA's brother, JORGE ROJO-RIVERA, and COLULA admitted taking JOSE EDUARDO ROJO-RIVERA to Los Angeles immediately after the murder and arranging transportation for JOSE EDUARDO ROJO-RIVERA to Tijuana, Mexico. JORGE ROJO-RIVERA and COLULA were taken into custody for accessory to murder.

7. Based on investigation to date and your affiant's experience with fugitive matters, it appears JOSE EDUARDO ROJO-RIVERA fled the State of California to avoid arrest and prosecution, in violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

*/s/ Matthew Jones*
Matthew Jones
Special Agent
Federal Bureau of Investigation

Read and Approved
as to form:
*/s/ S. Robert Tice-Raskin*
S. Robert Tice-Raskin
Assistant U.S. Attorney

Subscribed and sworn to before me this 18th day of July, 2006.

*/s/ Kimberly J. Mueller*
KIMBERLY J. MUELLER
U.S. Magistrate Judge