MICHELE BECKWITH
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE EDUARDO ROJO-RIVERA,<br><br>Defendant. | CASE NO. 2:06-MJ-00199<br><br>[PROPOSED] ORDER |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Complaint is dismissed against Jose Eduardo Rojo-Rivera. Any pending warrant against the above-captioned defendant is recalled.

Dated: February 6, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE